IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03016-BNB

MARLA D. SNEED,

    Plaintiff,

v.

PNC BANK, National Association,
AMERICAN UNITED MORTGAGE,
FIRST COLORADO MORTGAGE CORPORATION,
NATIONS BANC,
BANK OF AMERICA,
RESIDENTIAL ACCEPTANCE NETWORK,
NATIONAL CITY MORTGAGE,
BANK OF THE WEST, and
JOHN AND JANE DOES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2010

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 22, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03016-BNB

Marla D. Sneed
3819 South Truckee Way
Aurora, CO 80013

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on December 22, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk