IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03016-REB-MJW

MARLA  D.  SNEED,

Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,
AMERICAN UNITED MORTGAGE,
FIRST COLORADO MORTGAGE CORPORATION,
NATIONS BANC,
BANK OF AMERICA,
RESIDENTIAL ACCEPTANCE NETWORK, and
NATIONAL CITY MORTGAGE,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Discovery (Docket No. 15) is denied without prejudice.  Pursuant to Fed. R. Civ. P. 26(d), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order."  Plaintiff here has made no showing why discovery is necessary at this early stage of the litigation prior to the parties conferring as required by Rule 26(f).  Furthermore, in this motion, plaintiff has also failed to follow D.C.COLO.LCivR 5.1(G) (Certificate of Service), 7.1 (Duty to Confer), 10.1(E) (Spacing), and 10.1(J) (Caption).  Even though the plaintiff is proceeding without counsel, she must nevertheless comply with the Local Rules of Practice for this District as well as the Federal Rules of Civil Procedure.

Date: January 6, 2011