IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03016-REB-MJW

MARLA  D.  SNEED,

Plaintiff(s),

v.

PNC BANK, NATIONAL ASSOCIATION, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion of Defendant PNC Bank, N.A. and National City Mortgage for Permission for a Representative to Participate at the Settlement Conference by Telephone (docket no. 43) is GRANTED finding good cause shown.  The representative for the above two Defendants shall be available by telephone for the Settlement Conference on May 4, 2011, at 1:30 p.m.  The court's telephone number that the Representative shall use for the Settlement Conference is (303) 844-2403.

Date:  April 26, 2011