IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03016-REB-MJW

MARLA  D.  SNEED,

Plaintiff(s),

v.

PNC BANK, NATIONAL ASSOCIATION, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Pro Se Plaintiff's Motion for Leave to File Response to Defendants PNC Bank, N.A., and National City Mortgage Reply (docket no. 41) is DENIED.  The Federal Rules of Civil Procedure do not authorize a response to a reply and the Pro Se Plaintiff has not cited any legal authority to the contrary.

Date:  May 4, 2011