IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03016-REB-MJW

MARLA D. SNEED,

      Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION, et al.

      Defendants.

---

**ORDER REGARDING UNOPPOSED MOTION OF DEFENDANTS PNC BANK, N.A., AND NATIONAL CITY MORTGAGE TO VACATE TRIAL DATE AND STAY CASE** (Docket No 57)

---

This matter comes before the Court on the Unopposed Motion of Defendants PNC Bank, N.A. and National City Mortgage Company to Vacate Trial Date and Stay the Case. The Court, having reviewed the Motion and being fully advised in the premises,

HEREBY ORDERS THAT:

1. The Motion is granted;

2. The final pretrial conference scheduled for December 15, 2011, is vacated;

3. The trial preparation conference scheduled for February 17, 2012, is vacated;

4. The 3-day trial to the Court scheduled to commence on February 21, 2012, is vacated; and

5. The above-captioned case and all pending deadlines in the case are hereby stayed pending a ruling from this Court on Plaintiff's Objection to the

DMEAST #14230460 v1

Recommendation on Motion of Defendants PNC Bank, N.A. and National City Mortgage to Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) [Doc. # 55].

DATED November 4, 2011

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO